1   BRIAN L. JOHNSRUD, State Bar No. 184474
    JENNIFER LOTZ, State Bar No. 196925
2   DANIEL E. LASSEN, State Bar No. 271446
    CURLEY, HURTGEN & JOHNSRUD LLP
3   4400 Bohannon Drive, Suite 230
    Menlo Park, CA 94025
4   Telephone:   650.600.5300
    Facsimile:    650.323.1002
5   E-mail:  bjohnsrud@chjllp.com
             jlotz@chjllp.com
6            dlassen@chjllp.com

7   Attorneys for Defendant
    CISCO SYSTEMS, INC.[1]
8

9                          UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

12

13  CALIFORNIA DEPARTMENT OF FAIR         Case No. 5:20-cv-04374-EJD
    EMPLOYMENT AND HOUSING, an
    agency of the State of California,    **JOINT STIPULATION FOR AMENDED**
14                                        **CASE MANAGEMENT SCHEDULE;**
                    Plaintiff,            **[PROPOSED] ORDER**
15                                        **(Civ. L.R. 6-1(b) and 6-2(a); Fed. R. Civ. P.**
         v.                               **16(b)(4); Civ. L.R. 16-2(e))**
16
    CISCO SYSTEMS, INC., a California     Action Filed:   June 30, 2020
17  Corporation; SUNDAR IYER, an          Trial Date:     None Set
    individual; RAMANA KOMPELLA, an
18  individual,                           Hon. Edward J. Davila

19                  Defendants.

20

21

22

23

24

25

26  _____

27  [1]  Defendant Cisco Systems, Inc. has not yet been served and expressly reserves all substantive

28  and procedural defenses.

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

JOINT STIP. FOR AMENDED CMC SCHEDULE
(CASE NO. 5:20-CV-04374-EJD)

## STIPULATION

Pursuant to Civil Local Rule 6-1(b) and 6-2(a), Federal Rule of Civil Procedure 16(b)(4), and Civil Local Rule 16-2(e), Defendant Cisco Systems, Inc. ("Cisco") and Plaintiff California Department of Fair Employment and Housing ("Plaintiff" or "DFEH") (Cisco and the DFEH are referred to collectively herein as "the Parties"), through their attorneys of record, hereby stipulate and respectfully request that the Court modify the Clerk's Notice Resetting Case Management Conference Following Reassignment dated July 13, 2020 (ECF-10), and the corresponding deadlines to meet and confer regarding early settlement, ADR process selection, and a discovery plan, to file the ADR Certification, and to file the Case Management Statement, to allow the individually-named Defendants, Sundar Iyer and Ramana Kompella, time to retain individual counsel and for their individual counsel to become familiar with the case and participate in the meet and confer process.

1.      WHEREAS, Plaintiff filed the Complaint in this action on June 30, 2020;

2.      WHEREAS, to date, no Defendant has been served with the Complaint and, accordingly, Defendants expressly reserve all substantive and procedural defenses;

3.      WHEREAS, the individually-named Defendants, Sundar Iyer and Ramana Kompella, are in the process of retaining individual counsel;

4.      WHEREAS, the Case Management Conference in this case is currently scheduled for October 8, 2020, at 10:00 a.m., with corresponding deadlines to meet and confer and file an ADR Certification on September 17, 2020, and to file the Case Management Statement on September 28, 2020;

5.      WHEREAS, counsel for the individual Defendants will need time to become familiar with the case and participate in the meet and confer process;

6.      WHEREAS, the Parties have therefore stipulated, subject to the Court's approval, to defer the Case Management Conference and related deadlines by approximately five (5) weeks; and

7.      WHEREAS, this case was only recently filed on June 30, 2020, Defendants have not yet been served, and there have been no previous time modifications.

CURLEY, HURTGEN &
JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

JOINT STIP. FOR AMENDED CMC SCHEDULE
(CASE NO. 5:20-CV-04374-EJD)

1    NOW, THEREFORE, the Parties, through their respective counsel of record,

2    STIPULATE AND AGREE to the following modifications to the initial case management

3    schedule:

4

| DEADLINE | CURRENT DATE | NEW DATE |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan[2] (Fed.R.Civ.P. 26(f) and ADR L.R. 3-5); and<br><br>Last day to file ADR Certification signed by Parties and Counsel (Civil L.R. 16-8(b) and ADR L.R. 3-5(b)) | September 17, 2020 | October 22, 2020 |
| Last day to file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (Fed.R.Civ.P. 26(a)(1) and Civil L.R. 16-9) | September 28, 2020 | November 5, 2020 |
| Initial Case Management Conference (Civil L.R. 16-10) | October 8, 2020 at 10:00 a.m. | November 12, 2020 at 10:00 a.m. (or such other date as is convenient for the Court) |

**IT IS SO STIPULATED AND AGREED.**

Dated: September 16, 2020                    CURLEY, HURTGEN & JOHNSRUD LLP


By    /s/ Brian L. Johnsrud
      BRIAN L. JOHNSRUD
      Attorneys for Defendant
      CISCO SYSTEMS, INC.

---

[2] To the extent applicable, as this case is subject to General Order No. 71.

1

2   Dated: September 16, 2020                    CALIFORNIA DEPARTMENT OF FAIR
                                                 EMPLOYMENT AND HOUSING
3

4

5                                                By _____/s/ Sirithon Thanasombat_____
                                                    SIRITHON THANASOMBAT
6                                                   Senior Staff Counsel
                                                    Attorneys for Plaintiff
7                                                   CALIFORNIA DEPARTMENT OF
                                                    FAIR EMPLOYMENT AND HOUSING
8

9                              **SIGNATURE ATTESTATION**

10          Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained concurrence regarding the

11   filing of this document from the other signatories to the document.

12   Dated: September 16, 2020                    CURLEY, HURTGEN & JOHNSRUD LLP

13

14                                               By_____/s/ Brian L. Johnsrud_____
                                                    BRIAN L. JOHNSRUD
15                                                  Attorneys for Defendant
                                                    CISCO SYSTEMS, INC.
16

17                                **[PROPOSED] ORDER**

18          Pursuant to the Joint Stipulation for Amended Case Management Schedule, it is hereby

19   ordered the following deadlines on the initial case management schedule are modified as follows:

20

| DEADLINE | CURRENT DATE | NEW DATE |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan[3] (Fed.R.Civ.P. 26(f) and ADR L.R. 3-5); and | September 17, 2020 | October 22, 2020 |
| Last day to file ADR Certification signed by Parties and Counsel (Civil | | |

27

28   _____
     [3] To the extent applicable, as this case is subject to General Order No. 71.

JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

                                            3          JOINT STIP. FOR AMENDED CMC SCHEDULE
                                                              (CASE NO. 5:20-CV-04374-EJD)

| | | |
|---|---|---|
| L.R. 16-8(b) and ADR L.R. 3-5(b)) | | |
| Last day to file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (Fed.R.Civ.P. 26(a)(1) and Civil L.R. 16-9) | September 28, 2020 | November 5, 2020 |
| Initial Case Management Conference (Civil L.R. 16-10) | October 8, 2020 at 10:00 a.m. | November 12, 2020 at 10:00 a.m. (or such other date as is convenient for the Court) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2020

_____
Hon. Edward J. Davila
United States District Court Judge