AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-04374-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RAMANA KOMPELLA

was received by me on *(date)* 09/28/2020 .

☑ I personally served the summons on the individual at *(place)* 10691 Minette Place, Cupertino, California 95014 at 6:50 p.m. on *(date)* 09/30/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2020

*Server's signature*

RAUL DELEON, Not a Registered California Process Server
*Printed name and title*
Ace Attorney Service, Inc.
1000 Broadway, Suite 340, Oakland, California 94607
Phone No.: (510) 465-1000 / Fax No.: (510) 465-1001
Registration No.: 1202 / County: SANTA CLARA
*Server's address*

Additional information regarding attempted service, etc:
In addition to the Summons the following was also served:
1. CIVIL COVER SHEET; 2. CIVIL RIGHTS - EMPLOYMENT DISCRIMINATION DEMAND FOR JURY TRIAL; 3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; 4. CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; 5. NOTICE OF ELIGIBILITY FOR VIDEO RECORDING; 6. ORDER REASSIGNING CASE; 7. NOTICE OF ELECTRONIC FILING; 8. NOTICE OF APPEARANCE; 9. JOINT STIPULATION FOR AMENDED CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER (Civ. L.R. 6-1(b) and 6-2(a); Fed. R. Civ. P. 16(b)(4); Civ. L.R. 16-2(e)); 10. JOINT STIPULATION FOR AMENDED CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER(Civ. L.R. 6-1(b) and 6-2(a); Fed. R. Civ. P. 16(b)(4); Civ. L.R. 16-2(e)); 11.STANDING ORDER FOR CIVIL CASES; 12. CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

California Department of Fair Employment and Housing, etc. v. CISCO Systems, Inc., etc.; et al. #1887146KQ