JANETTE WIPPER (#275264)
  Chief Counsel
  Janette.Wipper@dfeh.ca.gov
MELANIE L. PROCTOR (#228971)
  Assistant Chief Counsel
  Melanie.Proctor@dfeh.ca.gov
SIRITHON THANASOMBAT (#270201)
  Senior Staff Counsel
  Siri.Thanasombat@dfeh.ca.gov
JEANETTE HAWN (#307235)
  Staff Counsel
  Jeanette.Hawn@dfeh.ca.gov
CALIFORNIA DEPARTMENT OF FAIR
  EMPLOYMENT AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA  95758
Telephone:  (916) 478-7251
Facsimile:   (888) 382-5293

Attorneys for Plaintiff,
California Department of Fair Employment and Housing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California Corporation; SUNDAR IYER, an individual; RAMANA KOMPELLA, an individual,<br><br>Defendants. | Case No. 5:20-cv-04374-EJD<br><br>**PLAINTIFF DFEH'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

///

///

///

///

///

-1-

*Cal. Dept. Fair Empl. & Hous. v. Cisco Systems, Inc., et al.*, Case No. 5:20-cv-04374-EJD
PLAINTIFF DFEH'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff Department of Fair Employment and Housing, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this entire case. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: October 16, 2020

CALIFORNIA DEPARTMENT OF FAIR
EMPLOYMENT AND HOUSING

/s/ Melanie L. Proctor
MELANIE L. PROCTOR
*Attorneys for California Department of Fair Employment and Housing*

**DECLARATION OF SERVICE**

I, the undersigned, hereby declare:

I am over eighteen years of age and not a party to the within cause. My business and mailing address is 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758.

On October 16, 2020, I served the following document(s) by U.S. Mail:

- PLAINTIFF DFEH'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In the matter of *DFEH v. Cisco Systems, Inc.*, Case No. 5:20-cv-04374-EJD to the person(s) listed below at the following address(es):

| | |
|---|---|
| Lynn C. Hermle<br>Carolina Garcia<br>Joseph C. Liburt<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br><br>*(Attorneys for Defendant, Cisco Systems, Inc.)* | Alexander Hernaez<br>Fox Rothschild LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104<br><br>*(Attorneys for Defendants, Sundar Iyer and Ramana Kompella.)* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 16, 2020, at Elk Grove, Sacramento County, California.

_____
IVA TOWNSEL

*Cal. Dept. Fair Empl. & Hous. v. Cisco Systems, Inc., et al.*, Case No. 5:20-cv-04374-EJD
PLAINTIFF DFEH'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE